**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-7302**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DENISE WHITE, a/k/a Lisa Young, a/k/a Lisa White,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:19-cr-00034-ELH-2)

———————

Submitted:  May 18, 2023                                    Decided:  May 22, 2023

———————

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Denise White, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denise White appeals the district court's order denying her 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and denying her request for an audit of her court-ordered restitution. Upon review, we discern no abuse of discretion in the district court's denial of compassionate release, *see United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review), or the denial of White's challenge to her restitution. Accordingly, we affirm the district court's order. *United States v. White*, No. 1:19-cr-00034-ELH-2 (D. Md. Oct. 25, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*